**DENIED and Opinion Filed October 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01271-CV

### IN RE SENRICK WILKERSON, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00716**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Stoddart

Before the Court is relator's letter dated October 14, 2015 in which he requests that the Court order the trial court to issue a bench warrant to transport the relator to Dallas County so that he can prepare for the trial of his civil case. We treat relator's letter as a petition for writ of mandamus. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before the Court, we cannot conclude the trial court has abused its discretion. We deny the relief relator requests.

151271F.P05

/Craig Stoddart/
CRAIG STODDART
JUSTICE